# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEN D. RABB,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CABRERA, *et al.*,<br><br>　　　　　　Defendants. | Case No.  1:23-cv-01014-KES-BAM (PC)<br><br>ORDER RESCHEDULING SETTLEMENT CONFERENCE FROM JULY 26, 2024 TO **AUGUST 6, 2024**<br><br>(ECF No. 29) |

This case is currently set for a video settlement conference on July 26, 2024, at 1:00 p.m. before Magistrate Judge Stanley A. Boone.

Due to a conflict in the Court's schedule, the settlement conference is HEREBY RESCHEDULED from July 26, 2024 to **August 6, 2024, at 1:00 p.m.** before Magistrate Judge Stanley A. Boone via Zoom videoconference.  The parties' confidential settlement statements (if not already submitted to the Court) shall arrive no later than **July 30, 2024**.  All other provisions of the Court's March 26, 2024 order remain in effect.

IT IS SO ORDERED.

Dated:   **June 11, 2024**　　　　　　　　　/s/ *Barbara A. McAuliffe*　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1