UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAMEN D. RABB,<br><br>              Plaintiff,<br><br>       v.<br><br>CABRERA, *et al.*,<br><br>              Defendants. | Case No.: 1:23-cv-01014-KES-BAM (PC)<br><br>ORDER THAT INMATE DAMEN D. RABB IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Damen D. Rabb is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

A video settlement conference in this matter commenced on August 6, 2024. Inmate Damen D. Rabb, CDCR #P-82951, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **August 6, 2024**

UNITED STATES MAGISTRATE JUDGE