1

2

3

4              # UNITED STATES DISTRICT COURT

5                   EASTERN DISTRICT OF CALIFORNIA

6

7    DAMEN D. RABB,                      Case No.  1:23-cv-01014-KES-BAM (PC)

8              Plaintiff,                ORDER GRANTING PLAINTIFF'S MOTION
                                         FOR EXTENSION OF TIME FOR DEPOSITION
9         v.                             (ECF No. 44)

10   CABRERA, *et al.*,                  ORDER GRANTING DEFENDANT'S
                                         REQUEST TO MODIFY SCHEDULING ORDER
11             Defendants.               TO EXTEND DISCOVERY AND DISPOSITIVE
                                         MOTION DEADLINE
12                                       (ECF No. 46)

13                                       Discovery Deadline: **June 6, 2025**
                                         Dispositive Motion Deadline: **August 15, 2025**
14

15        Plaintiff Damen D. Rabb ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma*

16   *pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action proceeds on

17   Plaintiff's first amended complaint against Defendant Cabrera ("Defendant") for failure to protect

18   in violation of the Eighth Amendment.

19        Pursuant to the Court's August 7, 2024 discovery and scheduling order, and February 6,

20   2025 order granting Defendant's motion to modify scheduling order, the deadline for completion

21   of discovery is May 7, 2025, and the deadline for filing all dispositive motions (other than a

22   motion for summary judgment for failure to exhaust) is July 16, 2025.  (ECF Nos. 39, 43.)

23        On March 7, 2025, Plaintiff filed a motion for a thirty-day extension of time to prepare for

24   his deposition, currently noticed for April 2, 2025.  (ECF No. 44.)  Plaintiff stated that he has

25   other engagements scheduled on April 2, 2025, in addition to needing the additional thirty days to

26   gather documentation needed during the deposition itself.  (*Id.*)  The Court directed Defendant to

27   file a response addressing whether there is any opposition to Plaintiff's request, whether

28   Plaintiff's deposition can be rescheduled to another date that is amenable to both parties, and

                                         1

1   whether any further extension of the discovery and dispositive motion deadlines is necessary in

2   light of Plaintiff's request.  (ECF No. 45.)  Defendant was encouraged to attempt to meet and

3   confer with Plaintiff as necessary and appropriate.  (*Id.*)

4          Currently before the Court is Defendant's response, filed March 24, 2025.  (ECF No. 46.)

5   Despite diligent attempts to meet and confer with Plaintiff, defense counsel was unable to do so

6   because Plaintiff refused to speak to Defendant's counsel.  Counsel was advised by the Litigation

7   Coordinator at Plaintiff's institution that it is difficult to ensure Plaintiff's attendance at

8   appointments such as depositions because Plaintiff refuses to come out of his cell.  Defense

9   counsel notes that a previous matter before this Court was terminated due to Plaintiff's refusal to

10  attend a deposition until compelled to do so, refusal to answer questions at a second deposition,

11  and refusal to participate in a third deposition.  *See Rabb v. Figueroa*, Case 1:23-cv-00843-JLT-

12  SAB (E.D. Cal.).  Defense counsel ascertained that Plaintiff's institution is able to accommodate

13  a deposition on May 5, which is the closest available date to the thirty-day extension requested by

14  Plaintiff.  If the Court approves, counsel will re-notice Plaintiff's deposition for this date.

15  Further, Defendant requests that the Court extend the discovery and dispositive motion deadlines

16  in this case by thirty days to allow sufficient time to analyze Plaintiff's deposition transcript and

17  related materials and prepare a motion for summary judgment, if appropriate.  (ECF No. 46.)

18         Plaintiff has not yet had an opportunity to file a reply brief, but the Court finds further

19  briefing is unnecessary.  The motion is deemed submitted.  Local Rule 230(l).

20         Having considered Plaintiff's motion and Defendant's non-opposition, the Court finds it

21  appropriate to grant Plaintiff an extension of time to prepare for his deposition.  The Court further

22  finds that Plaintiff may not claim prejudice by Defendant's selection of May 5, 2025 as the new

23  deposition date, in light of Plaintiff's refusal to meet and confer with defense counsel regarding a

24  mutually agreeable date.

25         Furthermore, the Court finds good cause to grant the requested modification of the

26  scheduling order.  Fed. R. Civ. P. 16(b)(4).  The Court further finds that Plaintiff will not be

27  prejudiced by the brief extensions granted here, as the extension of these deadlines allows for

28  Plaintiff's requested extension of time to conduct Plaintiff's deposition.

1    **Plaintiff is warned that if he fails to appear for or participate meaningfully in his**

2    **deposition, he may be subject to sanctions, up to and including terminating sanctions.**

3    Plaintiff is reminded that depositions are governed by Federal Rule of Civil Procedure 30, which

4    states in pertinent part that "[a] party may, by oral questions, depose any person, including a

5    party, without leave of court . . . ."  Fed. R. Civ. P. 30(a)(1).  A failure to participate in discovery

6    is in violation of Fed. R. Civ. P. 30 and 37.  Under Rule 30(d)(2), the Court may impose sanctions

7    for impeding, delaying, or frustrating the fair examination of the deponent.

8    Accordingly, IT IS HEREBY ORDERED that:

9    1. Plaintiff's motion for extension of time for deposition, (ECF No. 44), is GRANTED;

10   2. Plaintiff's deposition SHALL be re-noticed for May 5, 2025, and Plaintiff SHALL appear

11   for a video deposition on May 5, 2025, as discussed above;

12   3. Defendant's request to modify the scheduling order, (ECF No. 46), is GRANTED, as

13   follows:

14   a. The deadline for completion of all discovery, including filing all motions to

15   compel discovery, is extended from May 7, 2025 to **June 6, 2025**; and

16   b. The deadline for filing all dispositive motions (other than a motion for summary

17   judgment for failure to exhaust) is extended from July 16, 2025 to **August 15,**

18   **2025**; and

19   4. **A request for an extension of a deadline set in this order must be filed on or before**

20   **the expiration of the deadline in question and will only be granted on a showing of**

21   **good cause**.

22   5. **Plaintiff is warned that if he fails to appear for or participate meaningfully in his**

23   **deposition, he may be subject to sanctions, up to and including terminating**

24   **sanctions.**

25

26   IT IS SO ORDERED.

27   Dated:   **March 25, 2025**                    /s/ *Barbara A. McAuliffe*

28                                                                    UNITED STATES MAGISTRATE JUDGE

3